**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL F. JACKSON,                                                                                       PETITIONER
ADC #114667A

v.                                              5:11-cv-00275-SWW-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Respondent's Motion to Dismiss (Doc. No. 6) is GRANTED.

2.     Mr. Jackson's § 2254 Petition (Doc. No. 1) is DISMISSED WITH PREJUDICE and the requested relief is DENIED.

SO ORDERED this 24th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE