**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| MICHAEL F. JACKSON, <br> ADC#114667A | **PETITIONER** |
| v.  5:11-cv-00275-SWW-JJV | |
| RAY HOBBS, Director, <br> Arkansas Department of Correction | **RESPONDENT** |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 24th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE